# Court of Appeals
# of the State of Georgia

ATLANTA, February 12, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1113. ELLIS v. OLES et al.**

Pro se appellant in the above-styled cases having filed a motion to correct the record in Case No. A26A1112 to reflect that certain pleadings and orders from prior litigation among the same parties that the trial court referenced in the order currently on appeal were designated, in appellant's first and second amended notices of appeal, as part of the record in Case No. A26A1112 and docketed in this Court as Case No. A26A1113, it is hereby ordered that, insofar as is appropriate, this Court shall consider the record in Case No. A26A1113 in its consideration of the appeal in Case No. A26A1112, and that this Court's order dated January 30, 2026, in Case No. A26A1113 be vacated and the appeal in Case No. A26A1113 be dismissed. It is further ordered that the Clerk refund appellant's filing fee of $110.00 to view the record of Case No. A26A1113. To the extent appellant's motion to correct the record requests additional relief, the same is hereby denied.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 02/12/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*